IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRUCE THOMPSON**                                                                          **PLAINTIFF**

v.                                    No.  4:20-CV-00365

**SCHINDLER ELEVATOR**
**CORPORATION, INC.; JOHN DOE 1;**
**JOHN DOE 2; AND JOHN DOE 3**                                                **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon the agreement of the parties, and for good cause shown, this lawsuit (including the Complaint and any amendments) is hereby dismissed with prejudice, with each party being responsible for his/her/its own attorneys' fees and litigation expenses.  This matter is dismissed with prejudice; the Court retains jurisdiction should any matters arise involving the completion of the Joint Petition to close the Plaintiff's Worker's Compensation case.

IT IS SO ORDERED on this 7th day of December 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE