IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRUCE THOMPSON**                                                                                            **PLAINTIFF**

v.                                         No.  4:20-CV-00365

**SCHINDLER ELEVATOR
CORPORATION, INC.; JOHN DOE 1;
JOHN DOE 2; AND JOHN DOE 3**                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed today, it is CONSIDERED, ORDERED, AND ADJUDGED that all claims in this case are dismissed with prejudice.

IT IS SO ADJUDGED on this 7th day of December 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE